**STATE of Missouri, Respondent,**

v.

**Robert L. BURNS, Appellant.**

**No. WD 58318.**

Missouri Court of Appeals,
Western District.

April 10, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 2001.

Application for Transfer Denied Aug. 21, 2001.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Attys. Gen., Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, Jr., and THOMAS H. NEWTON, Judges.

## ORDER

Robert Burns appeals the circuit court's judgment to convict him of statutory sodomy. We affirm the judgment. Rule 30.25(b).